Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
  *jml@manningllp.com*
Derik Sarkesians, Esq. (State Bar No. 311617)
  *das@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, MARRIOTT INTERNATIONAL, INC. and RESIDENCE INN LONG BEACH DOWNTOWN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGULAN ABZALOV,<br><br>            Plaintiff,<br><br>     v.<br><br>MARRIOTT INTERNATIONAL, INC.; RESIDENCE INN LONG BEACH. DOWNTOWN; and DOES 1 through 20, inclusive<br><br>            Defendants. | Case No. 2:19-cv-04368 TJH(GJSx)<br><br>**ORDER OF DISMISSAL  [JS-6]**<br><br>Magistrate: Judge: Hon. Gail J. Standish<br>District Judge: Hon. TERRY J. HATTER, JR.<br>Courtroom: 9B<br><br>Action Filed:     April 11, 2018<br>Trial Date: |

Pursuant to the stipulation of the parties under Federal Rule 41(a)(1)(ii),

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
**ORDER OF DISMISSAL**

IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close this file.

DATED: August 18, 2021

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE